**DISMISS and Opinion Filed June 27, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00388-CV

**DORSHA MOTORS OF TEXAS, LLC D/B/A DORSHA MOTORS, Appellant**
**V.**
**BRITTANY NICHOLS, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-04536**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Myers

This is an appeal from an order granting turnover relief and appointing a receiver. The notice of appeal was signed by Louis Waggoner with the designation of "managing member."

Legal entities such as a corporation or a limited liability company must be represented by a licensed attorney. *See Kunstoplast of Am. v. Formosa Plastics Corp., USA,* 937 S.W.2d 455, 456 (Tex. 1996); *Sherman v. Boston*, 486 S.W.3d 88, 95 (Tex. App.—Houston [14th Dist.] 2016, pet. denied). Because appellant is not represented by counsel, we instructed appellant to notify this Court, by May 15, 2019, of the name, State Bar number, address, and telephone number of new counsel. We cautioned appellant that failure to comply may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed a response. Accordingly, we

dismiss the appeal.  *See* TEX. R. APP. P. 42.3(c).


/Lana Myers/
LANA MYERS
JUSTICE


190388F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DORSHA MOTORS OF TEXAS, LLC
D/B/A DORSHA MOTORS, Appellant

No. 05-19-00388-CV      V.

BRITTANY NICHOLS, Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-04536.
Opinion delivered by Justice Myers. Justices
Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BRITTANY NICHOLS recover her costs of this appeal from appellant DORSHA MOTORS OF TEXAS, LLC D/B/A DORSHA MOTORS.

Judgment entered this 27th day of June, 2019.